# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 18-1214-DOC (DFMx)          Date: July 17, 2018

Title: ABELARDO MARTINEZ ET AL. V. BARTOLOMEI TOMMERVIK BARTOLOMEI PROPERTIES LLC ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER REMANDING ACTION TO SUPERIOR COURT OF CALIFORNIA**

On July 7, 2018, Defendant removed this case from the Superior Court of California, County of Orange, on the basis of federal question jurisdiction pursuant to 28 U.S.C. § 1331. Notice of Removal ("Not. Rem.") (Dkt. 1) ¶ 4. However, the only cause of action in the Complaint is brought under the Unruh Civil Rights Act, California Civil Code § 51, *et seq. See* Not. Rem. Ex. A ("Complaint") (Dkt. 1-1). In addition, on July 16, 2018, Defendant filed a Notice of Withdrawal of Notice of Removal (Dkt. 9).

Accordingly, the Court REMANDS this case to the Superior Court of California for lack of jurisdiction.

The Clerk shall serve this minute order on the parties.